JAY PETTIBONE, Appellant, *v.* ABEL S. BLACKMAR, Respondent.

(Argued January 10, 1872; decided May term, 1872.)

C., being the owner of thirty shares of the stock of the Third National Bank of Buffalo, sold the same to plaintiff. The by-laws of the bank contained a provision that no, transfer of its stock should be made, without the consent of the board of directors, by a stockholder who was liable to the bank in any manner, and that such liability should be a lien upon the stock. A notice of this provision was contained in the certificate assigned to plaintiff. Plaintiff applied to the bank to have the stock transferred to him upon its books. At that time the bank held a note of C., upon which defendant, who was president of the bank, was accommodation indorser. The bank refused to make the transfer unless the note was paid, and refused to deliver it as a subsisting claim against the indorser. Plaintiff paid the amount of the note and accepted the same from the bank, with the indorsement erased, and a receipt of payment in full written thereon, and the stock was thereupon transferred. *Held,* that the acceptance was an acquiescence by plaintiff in the claim of the bank, that the note should be paid and defendant's liability as indorser discharged, and that an action could not be maintained against him thereon.

*William H. Greene* for appellant.

*John Ganson* for respondent.

LOTT, Ch. C., reads for affirmance.
LEONARD, C., reads for reversal.
All concur for affirmance, except LEONARD, C., dissenting.
Order affirmed, and judgment absolute against plaintiff, with costs.